JS6

A#206727727

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAYA AREVALO, | Case No. 5:26-cv-01834-WLH (MAR) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, it is hereby **ADJUDGED** that this Petition is **GRANTED**. Respondents are to release Petitioner immediately unless Respondents have provided Petitioner with a constitutionally sufficient bond hearing before a neutral adjudicator; and Respondents are ordered to file a notice of compliance advising how they complied with this Order within one business day.

Dated: June 2, 2026



HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE